**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: JTG SCAFFOLDING & HOISTING, LLC        §   Case No. 14-19388-RG
                                              §
                                              §
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAY L. LUBETKIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $13,000.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $527,214.27 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $312,842.63 | |

3) Total gross receipts of $ 840,056.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $840,056.90 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $850,000.00 | $914,209.87 | $68,257.90 | $68,257.90 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 312,842.63 | 312,842.63 | 312,842.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 886,753.68 | 1,780,981.49 | 735,813.30 | 458,956.37 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,418,784.43 | 1,914,098.47 | 1,432,111.39 | 0.00 |
| **TOTAL DISBURSEMENTS** | $3,155,538.11 | $4,922,132.46 | $2,549,025.22 | $840,056.90 |

4) This case was originally filed under Chapter 7 on May 08, 2014. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/31/2017       By: /s/JAY L. LUBETKIN
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking account @ Wells Fargo | 1129-000 | 27,002.84 |
| See attached list-collectibility approx $450K | 1121-000 | 101,853.26 |
| Auction Sale of Equipment | 1229-000 | 616,200.80 |
| Equipment at Job-Sites (Hoists) | 1229-000 | 95,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$840,056.90** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | State of New Jersey | 4800-000 | N/A | 52,214.87 | 52,214.87 | 52,214.87 |
| 9 | State Of New Jersey | 4800-000 | N/A | 16,043.03 | 16,043.03 | 16,043.03 |
| 15 | TM Real Estate | 4110-000 | 850,000.00 | 845,951.97 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$850,000.00** | **$914,209.87** | **$68,257.90** | **$68,257.90** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAY L. LUBETKIN | 2100-000 | N/A | 45,252.85 | 45,252.85 | 45,252.85 |
| Rabinowitz, Lubetkin & Tully | 3110-000 | N/A | 7,414.50 | 7,414.50 | 7,414.50 |
| Rabinowitz, Lubetkin & Tully, L.L.C. | 3110-000 | N/A | 99,059.50 | 99,059.50 | 99,059.50 |
| Rabinowitz, Lubetkin & Tully | 3110-000 | N/A | 29,657.00 | 29,657.00 | 29,657.00 |
| Rabinowitz, Lubetkin & Tully, L.L.C. | 3120-000 | N/A | 4,228.29 | 4,228.29 | 4,228.29 |
| Rabinowitz, Lubetkin & Tully | 3120-000 | N/A | 455.63 | 455.63 | 455.63 |
| Rabinowitz, Lubetkin & Tully | 3120-000 | N/A | 216.17 | 216.17 | 216.17 |
| Steven A. Reiss & Company LLC | 3310-000 | N/A | 5,752.50 | 5,752.50 | 5,752.50 |
| TM Real Estate Holdings, LLC | 2410-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| A. ATKINS APPRAISAL CORPORATION | 3711-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| A. ATKINS APPRAISAL CORPORATION | 3712-000 | N/A | 30.70 | 30.70 | 30.70 |
| A. J. WILLNER/AUCTIONS LLC | 3610-000 | N/A | 80,630.60 | 80,630.60 | 80,630.60 |
| Rabobank, N.A. | 2600-000 | N/A | 23.00 | 23.00 | 23.00 |
| Rabobank, N.A. | 2600-000 | N/A | 79.48 | 79.48 | 79.48 |
| Guaranteed Subpoena Service, Inc. | 2990-000 | N/A | 59.95 | 59.95 | 59.95 |
| Wells Fargo Bank N.A. | 2990-000 | N/A | 182.52 | 182.52 | 182.52 |
| Rabobank, N.A. | 2600-000 | N/A | 132.94 | 132.94 | 132.94 |
| Triborough Scaffolding & Hoisting, Inc. | 2420-000 | N/A | 2,049.00 | 2,049.00 | 2,049.00 |
| Rabobank, N.A. | 2600-000 | N/A | 162.21 | 162.21 | 162.21 |
| Guaranteed Subpoena Service, Inc. | 2990-000 | N/A | 59.95 | 59.95 | 59.95 |
| Guaranteed Subpoena Service, Inc. | 2990-000 | N/A | 114.95 | 114.95 | 114.95 |
| Guaranteed Subpoena Service, Inc. | 2990-000 | N/A | 119.95 | 119.95 | 119.95 |
| Rabobank, N.A. | 2600-000 | N/A | 1,001.33 | 1,001.33 | 1,001.33 |
| Guaranteed Subpoena Service, Inc. | 2990-000 | N/A | 594.75 | 594.75 | 594.75 |
| Guaranteed Subpoena Service, Inc. | 2990-000 | N/A | 59.95 | 59.95 | 59.95 |
| Rabobank, N.A. | 2600-000 | N/A | 1,210.05 | 1,210.05 | 1,210.05 |
| New Jersey Motor Vehicle Commission | 2990-000 | N/A | 383.22 | 383.22 | 383.22 |
| Rabobank, N.A. | 2600-000 | N/A | 866.11 | 866.11 | 866.11 |
| Rabobank, N.A. | 2600-000 | N/A | 1,077.85 | 1,077.85 | 1,077.85 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 696.40 | 696.40 | 696.40 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Tran Code | | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 903.16 | 903.16 | 903.16 |
| Rabobank, N.A. | 2600-000 | N/A | | 847.06 | 847.06 | 847.06 |
| Intl Sureties (RLT Trust) | 2300-000 | N/A | | -263.20 | -263.20 | -263.20 |
| Rabobank, N.A. | 2600-000 | N/A | | 981.83 | 981.83 | 981.83 |
| Rabobank, N.A. | 2600-000 | N/A | | 916.61 | 916.61 | 916.61 |
| Rabobank, N.A. | 2600-000 | N/A | | 884.78 | 884.78 | 884.78 |
| Rabobank, N.A. | 2600-000 | N/A | | 974.95 | 974.95 | 974.95 |
| Rabobank, N.A. | 2600-000 | N/A | | 943.04 | 943.04 | 943.04 |
| Rabobank, N.A. | 2600-000 | N/A | | 880.88 | 880.88 | 880.88 |
| Rabobank, N.A. | 2600-000 | N/A | | 970.74 | 970.74 | 970.74 |
| Rabobank, N.A. | 2600-000 | N/A | | 875.39 | 875.39 | 875.39 |
| Rabobank, N.A. | 2600-000 | N/A | | 835.22 | 835.22 | 835.22 |
| Rabobank, N.A. | 2600-000 | N/A | | 949.18 | 949.18 | 949.18 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | | 381.34 | 381.34 | 381.34 |
| Rabobank, N.A. | 2600-000 | N/A | | 830.27 | 830.27 | 830.27 |
| Rabobank, N.A. | 2600-000 | N/A | | 828.79 | 828.79 | 828.79 |
| Rabobank, N.A. | 2600-000 | N/A | | 941.91 | 941.91 | 941.91 |
| Rabobank, N.A. | 2600-000 | N/A | | 826.33 | 826.33 | 826.33 |
| Rabobank, N.A. | 2600-000 | N/A | | 825.18 | 825.18 | 825.18 |
| Rabobank, N.A. | 2600-000 | N/A | | 937.82 | 937.82 | 937.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $312,842.63 | $312,842.63 | $312,842.63 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 485,000.00 | 492,751.90 | 0.00 | 0.00 |
| 1P-2 | Internal Revenue Service | 5800-000 | N/A | 477,685.78 | 0.00 | 0.00 |
| 1P-3 | Internal Revenue Service | 5800-000 | N/A | 491,934.76 | 491,934.76 | 306,839.52 |
| 8 | State Of New Jersey | 5800-000 | N/A | 61,549.12 | 0.00 | 0.00 |
| 8 -2 | State Of New Jersey | 5800-000 | N/A | 54,257.11 | 0.00 | 0.00 |
| 10P | NJ Building Laborers Fund | 5800-000 | 6,436.61 | 1,025.88 | 1,025.88 | 639.88 |
| 14P-2 | Amir Geofroy | 5300-000 | N/A | 12,475.00 | 0.00 | 0.00 |
| 17P | NYC District Council of Carpenters Benefit Funds | 5800-000 | 93,046.12 | 90,848.48 | 90,848.48 | 56,665.85 |
| 19P | IUOE Local 825 Employee Benefit Funds | 5800-000 | N/A | 24.00 | 24.00 | 14.97 |
| 21 | State of New Jersey | 5800-000 | 123,406.73 | 84,067.29 | 84,067.29 | 52,436.15 |
| 23 | New York State Dept. of Taxation & Finance | 5800-000 | 173,312.71 | 9,153.31 | 8,446.92 | 5,268.68 |
| 26 | State of New York Unemploym Insurance Div | 5800-000 | N/A | 1,198.80 | 1,198.80 | 747.74 |
| 27 | State Of New Jersey | 5800-000 | 5,551.51 | 4,010.06 | 58,267.17 | 36,343.58 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$886,753.68** | **$1,780,981.49** | **$735,813.30** | **$458,956.37** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 108,206.24 | 0.00 | 0.00 |
| 1U-2 | Internal Revenue Service | 7100-000 | N/A | 117,774.76 | 0.00 | 0.00 |
| 1U-3 | Internal Revenue Service | 7100-000 | N/A | 121,134.78 | 121,134.78 | 0.00 |
| 2 | Vergona Crane Co., Inc. | 7100-000 | 2,800.00 | 2,800.00 | 2,800.00 | 0.00 |
| 3 | CIS-Construction Information Systems | 7100-000 | 67,197.34 | 1,456.54 | 1,456.54 | 0.00 |
| 4 | A-1 Industrial Electric Co., Inc. | 7100-000 | 238.80 | 3,000.00 | 3,000.00 | 0.00 |
| 5 | New York State Department of | 7100-000 | 2,887.98 | 2,996.25 | 0.00 | 0.00 |
| 5U | New York State Dept of Taxation | 7100-000 | 2,887.98 | 350.61 | 0.00 | 0.00 |
| 7 | State Of New Jersey | 7100-000 | N/A | 1,503.65 | 1,503.65 | 0.00 |
| 10U | NJ Building Laborers Fund | 7100-000 | N/A | 378.76 | 378.76 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | NJ Carpenters Fund | 7100-000 | 11,761.32 | 13,201.96 | 13,201.96 | 0.00 |
| 12 | New York State Department of | 7100-000 | N/A | 6,648.78 | 0.00 | 0.00 |
| 13 | PATUXENT ENGINEERING, LLC | 7100-000 | 16,546.18 | 12,546.18 | 12,546.18 | 0.00 |
| 14 | Amir Geofroy | 7100-000 | unknown | N/A | N/A | 0.00 |
| 14U-2 | Amir Geofroy | 7100-000 | N/A | 495,147.64 | 250,336.00 | 0.00 |
| 16 | Northeast Regional Council of Carpenters | 7100-000 | N/A | 15,097.32 | 15,097.32 | 0.00 |
| 17U | NYC District Council of Carpenters Benefit Funds | 7100-000 | N/A | 901,853.55 | 901,853.55 | 0.00 |
| 18 | Jersey Hoist, Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 19U | IUOE Local 825 Employee Benefit Funds | 7100-000 | N/A | 1,801.39 | 1,801.39 | 0.00 |
| 20 | First Insurance Funding Corp. | 7100-000 | 33,075.07 | 19,136.29 | 19,136.29 | 0.00 |
| 22 | Genova Burns Giantomasi Webster LLC | 7200-000 | 25,000.00 | 82,158.58 | 82,158.58 | 0.00 |
| 23U | New York State Department of Taxation & Finance | 7100-000 | N/A | 706.39 | 706.39 | 0.00 |
| 24 | The Burlington Insurance Co | 7200-000 | N/A | 5,000.00 | 5,000.00 | 0.00 |
| 25 | State of New York | 7200-000 | N/A | 1,198.80 | 0.00 | 0.00 |
| NOTFILED | EZ Pass | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fine Lumber | 7100-000 | 18,720.00 | N/A | N/A | 0.00 |
| NOTFILED | Ecker Window Corp. One Odell Plaza | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Garden State Caulking & Waterproofing | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Construction Information Systems | 7100-000 | 1,456.54 | N/A | N/A | 0.00 |
| NOTFILED | D Construction, Inc. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Bravante & Associates | 7100-000 | 11,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Blue Book Building & Construction | 7100-000 | 13,204.32 | N/A | N/A | 0.00 |
| NOTFILED | Care Station Medical Group | 7100-000 | 1,476.12 | N/A | N/A | 0.00 |
| NOTFILED | Gilbane Building Co. | 7100-000 | 37,869.92 | N/A | N/A | 0.00 |
| NOTFILED | Conapac Services Corp. | 7100-000 | 13,481.00 | N/A | N/A | 0.00 |
| NOTFILED | Harleysville Insurance Company | 7100-000 | 77.09 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 443.93 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Tomasso Bros | 7100-000 | 3,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Praxair Distribution Mid Atlantic | 7100-000 | 167.79 | N/A | N/A | 0.00 |
| NOTFILED | Randy Garciga | 7100-000 | 1,100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Napa Auto Parts of Roselle | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Joseph Labruno | 7100-000 | 4,830.70 | N/A | N/A | 0.00 |
| NOTFILED | NJ Casualty Insurance Group | 7100-000 | 26,308.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Amerigas Propane, Inc. c/o Penncro Associates | 7100-000 | 923.03 | N/A | N/A | 0.00 |
| NOTFILED | Phoenix HVAC | 7100-000 | 477.40 | N/A | N/A | 0.00 |
| NOTFILED | All Tech LLC | 7100-000 | 155.00 | N/A | N/A | 0.00 |
| NOTFILED | ABC Fire & Safety | 7100-000 | 441.43 | N/A | N/A | 0.00 |
| NOTFILED | Ambrosio & Tomczak | 7100-000 | 12,757.49 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,418,784.43 | $1,914,098.47 | $1,432,111.39 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19388-RG  
**Case Name:** JTG SCAFFOLDING & HOISTING, LLC  

**Trustee:** (500440) JAY L. LUBETKIN  
**Filed (f) or Converted (c):** 05/08/14 (f)  
**§341(a) Meeting Date:** 06/13/14  

**Period Ending:** 01/31/17  

**Claims Bar Date:** 08/18/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  checking account @ Wells Fargo<br>Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 27,002.84 | FA |
| 2  Dale Group - insurance refund due<br>Imported from original petition Doc# 1 | 13,000.00 | 0.00 | | 0.00 | FA |
| 3  See attached list-collectibility approx $450K<br>Imported from original petition Doc# 1 | 703,930.66 | 50,000.00 | | 101,853.26 | FA |
| 4  Auction Sale of Equipment  (u)  (See Footnote) | 0.00 | 250,000.00 | | 616,200.80 | FA |
| 5  Equipment at Job-Sites (Hoists)  (u)<br>Order entered 7/29/14 | 0.00 | 0.00 | | 95,000.00 | FA |
| **5  Assets  Totals** (Excluding unknown values) | **$719,930.66** | **$300,000.00** | | **$840,056.90** | **$0.00** |

RE PROP# 4   UNSCHEDULED / APPRAISED

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2016          **Current Projected Date Of Final Report (TFR):**   July 28, 2016  (Actual)

Printed: 01/31/2017 11:22 AM     V.13.29

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-19388-RG  
**Case Name:** JTG SCAFFOLDING & HOISTING, LLC  

**Taxpayer ID #:** **-***2091  
**Period Ending:** 01/31/17  

**Trustee:** JAY L. LUBETKIN (500440)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $41,113,693.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/19/14 | {3} | Conserv | Accounts Receivable | 1121-000 | 3,960.34 | | 3,960.34 |
| 05/19/14 | {3} | Newark Public Schools | Accounts Receivable | 1121-000 | 22,425.00 | | 26,385.34 |
| 05/21/14 | {1} | Wells Fargo | closing bank account | 1129-000 | 548.10 | | 26,933.44 |
| 05/21/14 | {1} | Wells Fargo | closing bank account | 1129-000 | 26,454.74 | | 53,388.18 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.00 | 53,365.18 |
| 06/18/14 | {3} | Del Sano Contracting Corp. | ACCOUNTS RECEIVABLE | 1121-000 | 12,249.00 | | 65,614.18 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.48 | 65,534.70 |
| 07/03/14 | {3} | Bayonne Drydock & Repair Corp. | ACCOUNTS RECEIVABLE | 1121-000 | 12,250.00 | | 77,784.70 |
| 07/03/14 | 101 | Guaranteed Subpoena Service, Inc. | Subpoena served on Wells Fargo, Invoice 20140529125009 | 2990-000 | | 59.95 | 77,724.75 |
| 07/11/14 | 102 | Wells Fargo Bank N.A. | Costs incurred for Production of Docs, Bank Ref.#9300162 | 2990-000 | | 182.52 | 77,542.23 |
| 07/22/14 | {3} | Toll Bros., Inc. | ACCOUNTS RECEIVABLE | 1121-000 | 39,963.40 | | 117,505.63 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 132.94 | 117,372.69 |
| 08/13/14 | 103 | Triborough Scaffolding & Hoisting, Inc. | Services rendered re Del-Sano job site | 2420-000 | | 2,049.00 | 115,323.69 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.21 | 115,161.48 |
| 09/05/14 | {4} | AJ Willner Auctions | Liquidation of Equipment at Auction Sale | 1229-000 | 700,000.00 | | 815,161.48 |
| 09/09/14 | {4} | AJ Willner Auctions Inc | Balance of proceeds of Auction Sale | 1229-000 | 106,306.00 | | 921,467.48 |
| 09/09/14 | 104 | Guaranteed Subpoena Service, Inc. | Invoice 20140808121631 (Service and Maintenance Corporation) | 2990-000 | | 59.95 | 921,407.53 |
| 09/09/14 | 105 | Guaranteed Subpoena Service, Inc. | Invoice 20140807141232 (NCR Group Corp. c/o Taylor Nichuck) | 2990-000 | | 114.95 | 921,292.58 |
| 09/18/14 | {4} | JD Scaffold, INC. | Auction Proceeds | 1229-000 | -26,850.00 | | 894,442.58 |
| 09/19/14 | 106 | Guaranteed Subpoena Service, Inc. | Invoice20140812162323 (Construction Insurance Services, LLC) | 2990-000 | | 119.95 | 894,322.63 |
| 09/30/14 | 107 | A. J. WILLNER AUCTIONS, LLC | Fee Awarded re Auction Sale on 8/26/14 | 3610-000 | | 80,630.60 | 813,692.03 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,001.33 | 812,690.70 |
| 10/02/14 | 108 | Guaranteed Subpoena Service, Inc. | Invoices: 20140821092101, 095343, 100527, 095207, 092857 | 2990-000 | | 594.75 | 812,095.95 |
| 10/07/14 | {3} | Sprint | refund on account | 1121-000 | 5.52 | | 812,101.47 |
| 10/07/14 | 109 {4} | Randy Garciga | 50% of auction proceeds per Notice of Settlement 10/2/14 | 1229-000 | -152,755.20 | | 659,346.27 |
| 10/13/14 | {3} | Stalco Construction | ACCOUNTS RECEIVABLE | 1121-000 | 11,000.00 | | 670,346.27 |
| 10/23/14 | 110 | Guaranteed Subpoena Service, Inc. | Invoice 20140821101116, Zakalak Restoration Arts, LLC | 2990-000 | | 59.95 | 670,286.32 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,210.05 | 669,076.27 |

Subtotals :          $755,556.90          $86,480.63

{} Asset reference(s)                                                                                                 Printed: 01/31/2017 11:22 AM    V.13.29

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-19388-RG  
**Case Name:** JTG SCAFFOLDING & HOISTING, LLC  

**Taxpayer ID #:** **-***2091  
**Period Ending:** 01/31/17  

**Trustee:** JAY L. LUBETKIN (500440)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $41,113,693.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/14 | 111 | New Jersey Motor Vehicle Commission | MV Fee | 2990-000 | | 383.22 | 668,693.05 |
| 11/25/14 | 112 | A. ATKINS APPRAISAL CORPORATION | Order entered 11/20/14 | 3711-000 | | 7,500.00 | 661,193.05 |
| 11/25/14 | 113 | A. ATKINS APPRAISAL CORPORATION | Order entered 11/120/14 | 3712-000 | | 30.70 | 661,162.35 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 866.11 | 660,296.24 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,077.85 | 659,218.39 |
| 01/12/15 | 114 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2015 FOR CASE #14-19388, Bond # 016026384 Premium 1/1/15 to 1/1/16 | 2300-000 | | 696.40 | 658,521.99 |
| 01/16/15 | {5} | Pro Construction Specialty Corp | Sale of equipment proceeds | 1229-000 | 10,000.00 | | 668,521.99 |
| 01/16/15 | 115 | Rabinowitz, Lubetkin & Tully, L.L.C. | Order entered 1/14/15 | 3110-000 | | 99,059.50 | 569,462.49 |
| 01/16/15 | 116 | Rabinowitz, Lubetkin & Tully, L.L.C. | Order entered 1/14/15 | 3120-000 | | 4,228.29 | 565,234.20 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 903.16 | 564,331.04 |
| 02/04/15 | {5} | Pro Construction | Sale of equipment proceeds | 1229-000 | 85,000.00 | | 649,331.04 |
| 02/10/15 | 117 {4} | Eastcoast Autosport Inc. | Refund of money paid for Ford Model T at auction | 1229-000 | -500.00 | | 648,831.04 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 847.06 | 647,983.98 |
| 03/03/15 | 118 {4} | Pro Construction Specialty Corp | Return of Deposit on potential sale of elevator hoists | 1229-000 | -10,000.00 | | 637,983.98 |
| 03/19/15 | | Intl Sureties (RLT Trust) | Pro-rated Refund of Bond Premium Payment | 2300-000 | | -263.20 | 638,247.18 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 981.83 | 637,265.35 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 916.61 | 636,348.74 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 884.78 | 635,463.96 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 974.95 | 634,489.01 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 943.04 | 633,545.97 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 880.88 | 632,665.09 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 970.74 | 631,694.35 |
| 10/01/15 | 119 | Rabinowitz, Lubetkin & Tully | Order entered 9/25/15 | 3110-000 | | 29,657.00 | 602,037.35 |
| 10/01/15 | 120 | Rabinowitz, Lubetkin & Tully | Order entered 9/25/15 | 3120-000 | | 455.63 | 601,581.72 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 875.39 | 600,706.33 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 835.22 | 599,871.11 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 949.18 | 598,921.93 |
| 01/06/16 | 121 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #14-19388, Bond #016026384 - 1/1/16 to | 2300-000 | | 381.34 | 598,540.59 |

Subtotals :  $84,500.00    $155,035.68

{} Asset reference(s)

Printed: 01/31/2017 11:22 AM    V.13.29

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-19388-RG  
**Case Name:** JTG SCAFFOLDING & HOISTING, LLC  
**Taxpayer ID #:** **-***2091  
**Period Ending:** 01/31/17  

**Trustee:** JAY L. LUBETKIN (500440)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $41,113,693.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 1/1/17 | | | | |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 830.27 | 597,710.32 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 828.79 | 596,881.53 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 941.91 | 595,939.62 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 826.33 | 595,113.29 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 825.18 | 594,288.11 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 937.82 | 593,350.29 |
| 07/18/16 | 122 | Steven A. Reiss & Company LLC | Order entered 7/13/16 | 3310-000 | | 5,752.50 | 587,597.79 |
| 11/21/16 | 123 | State Of New Jersey | Dividend paid 100.00% on $16,043.03; Claim# 9; Filed: $16,043.03; Reference: | 4800-000 | | 16,043.03 | 571,554.76 |
| 11/21/16 | 124 | JAY L. LUBETKIN | Dividend paid 100.00% on $45,252.85, Trustee Compensation; Reference: | 2100-000 | | 45,252.85 | 526,301.91 |
| 11/21/16 | 125 | TM Real Estate Holdings, LLC | Dividend paid 100.00% on $7,500.00, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 7,500.00 | 518,801.91 |
| 11/21/16 | 126 | Internal Revenue Service | Dividend paid 62.37% on $491,934.76; Claim# 1P-3; Filed: $491,934.76; Reference: | 5800-000 | | 306,839.52 | 211,962.39 |
| 11/21/16 | 127 | NJ Building Laborers Fund | Dividend paid 62.37% on $1,025.88; Claim# 10P; Filed: $1,025.88; Reference: | 5800-000 | | 639.88 | 211,322.51 |
| 11/21/16 | 128 | NYC District Council of Carpenters Benefit Funds | Dividend paid 62.37% on $90,848.48; Claim# 17P; Filed: $90,848.48; Reference: | 5800-000 | | 56,665.85 | 154,656.66 |
| 11/21/16 | 129 | IUOE Local 825 Employee Benefit Funds | Dividend paid 62.37% on $24.00; Claim# 19P; Filed: $24.00; Reference: | 5800-000 | | 14.97 | 154,641.69 |
| 11/21/16 | 130 | New York State Dept. of Taxation & Finance | Dividend paid 62.37% on $8,446.92; Claim# 23; Filed: $9,153.31; Reference: | 5800-000 | | 5,268.68 | 149,373.01 |
| 11/21/16 | 131 | State of New York Unemploym Insurance Div | Dividend paid 62.37% on $1,198.80; Claim# 26; Filed: $1,198.80; Reference: | 5800-000 | | 747.74 | 148,625.27 |
| 11/21/16 | 132 | State Of New Jersey | Dividend paid 62.37% on $58,267.17; Claim# 27; Filed: $4,010.06; Reference: XXXXX2091 | 5800-000 | | 36,343.58 | 112,281.69 |
| 11/21/16 | 133 | Rabinowitz, Lubetkin & Tully | Combined Check for Claims#RLT,RLT | | | 7,630.67 | 104,651.02 |
| | | | Dividend paid 100.00%   7,414.50 on $7,414.50; Claim# RLT; Filed: $7,414.50 | 3110-000 | | | 104,651.02 |
| | | | Dividend paid 100.00%   216.17 on $216.17; Claim# RLT; Filed: $216.17 | 3120-000 | | | 104,651.02 |
| 11/21/16 | 134 | State of New Jersey | Combined Check for Claims#6,21 | | | 104,651.02 | 0.00 |
| | | | Dividend paid 100.00%   52,214.87 | 4800-000 | | | 0.00 |

Subtotals :        $0.00        $598,540.59

{} Asset reference(s)                                                                    Printed: 01/31/2017 11:22 AM    V.13.29

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 14-19388-RG  
**Case Name:** JTG SCAFFOLDING & HOISTING, LLC  

**Taxpayer ID #:** **-***2091  
**Period Ending:** 01/31/17  

**Trustee:** JAY L. LUBETKIN (500440)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $41,113,693.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $52,214.87; Claim# 6; Filed: $52,214.87 | | | | |
| | | | Dividend paid 62.37% on $84,067.29; Claim# 21; Filed: $84,067.29; Reference: XXXXX2091 | 5800-000 | | 52,436.15 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 840,056.90 | 840,056.90 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 840,056.90 | 840,056.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$840,056.90** | **$840,056.90** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3266** | 840,056.90 | 840,056.90 | 0.00 |
| | **$840,056.90** | **$840,056.90** | **$0.00** |

{} Asset reference(s)